IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 3:04CR74/RV

DAVID W. STUART

_____

### FINAL ORDER OF FORFEITURE AS
### TO DEFENDANT DAVID W. STUART

WHEREAS, in the Indictment in the above-entitled action, the United States sought the criminal forfeiture from defendant, **DAVID W. STUART**, pursuant to Title 18, United States Code, Section 982(a)(2), of his interest in any and all property, real or personal, involved in said offenses, or traceable to such property, in violation of Title 18, United States Code, Section 1956(h).

AND WHEREAS, on or about October 22, 2004, defendant, **DAVID W STUART,** was found guilty of the violations set forth in Counts One and Two in said Indictment, and thereafter, **DAVID W. STUART** stipulated on the record in open court that $35,350.59 in United States Currency was property involved said offense, thereby waiving his right to submit the forfeiture issue to the jury by way of Special Verdict of Forfeiture.

FILED IN OPEN COURT THIS

_5-4-2006_
CLERK U. S. DISTRICT
COURT, NORTH. DIST. FLA.

AND WHEREAS, by virtue of said guilty verdict and **DAVID W. STUART's** stipulation of forfeiture relating to said currency, the United States is now entitled to possession of said currency, pursuant to Title 18, United States Code, Section 982, Title 21, United States Code, Section 853, and Rules 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant **DAVID W. STUART's** right, title and interest in the currency described below is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to defendant **DAVID W. STUART** for all purposes.

2. That the currency which is subject to forfeiture in this Order is as follows:

> **THIRTY FIVE THOUSAND THREE HUNDRED FIFTY AND 59/100 DOLLARS ($35,350.59) IN UNITED STATES CURRENCY, PLUS ANY ACCRUED INTEREST (IF ANY)**

3. That upon adjudication of all third party interests, or if no third party claims are filed pursuant to Title 21, United States Code, Section 853(n), and Rule 32.2(c), Fed. R. Crim. P., the United States shall dispose of said currency in accordance with law or further Order of this Court.

IT IS SO ORDERED this 4th day of May, 2006.

ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE