# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                    CASE NO. 3:04cr74-03/RV

DAVID STUART

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   February 15, 2007
Motion/Pleadings:   THIRD MOTION to extend date of Surrender to Bureau of Prisons

Filed by   Defendant     on 02/14/2007     Doc.#   179
RESPONSES:
                                          on            Doc.#
                                          on            Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut
LC (1 OR 2)          Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   15th day of February  , 2007, that:*

*(a) The relief requested is GRANTED to February 26, 2007.*
*(b)*

                                        /s/ *Roger Vinson*
                                          *ROGER VINSON*
                          *Senior United States District Judge*